IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| Plaintiff,   ) | |
| ) | |
| v.   ) | Case No. CR-18-58-RAW |
| ) | |
| MATTHEW ONESIMO ARMSTRONG, ) | |
| Defendant.   ) | |

## NOTICE TO COURT OF CHANGE OF PLEA

The Defendant, Matthew Onesimo Armstrong, by his attorney, Shena E. Burgess and Jack Fisher, hereby give notice to the court that the above defendant has come to a written plea agreement with the government. The defendant request this case be set for change of plea at the court and counsels earliest convenience.

Respectfully submitted this 13$^h$ day of October, 2021.

SMILING, SMILING & BURGESS

By: *s/Shena E. Burgess*
SHENA E. BURGESS, OBA# 18663
Bradford Place, Suite 300
9175 South Yale Avenue
Tulsa, Oklahoma 74137
(918) 477-7500
(918) 477-7510 facsimile
sburgess@smilinglaw.com
slf@smilinglaw.com

FISHER LAW OFFICE

By  s/ *Jack Fisher*
Jack Fisher, OBA# 2939
P.O. Box 1976
Edmond, Oklahoma 73083
(405) 235-9466
Okfishlaw@aol.com (Primary)
Okfishlaw@gmail.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 13th day of October, 2021, a true and correct cop of the within and foregoing instrument was mailed by first class mail, postage prepaid, faxed or hand-delivered to the following persons:

Shannon Henson, Rami Badawy, Brian Morgan

                                          /s/Shena E. Burgess
                                        SHENA E. BURGESS